Date: 05/10/11  DIVIDENDS REMITTED TO THE COURT  Receipt# 152332  Page:

Check Number 112 Dated 05/10/11
Case Number 10-11073 - GREENWOOD, CHAD S.

| Creditor | ck#112 | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|---|
| **HMC Group** <br> 29065 Clemens Road <br> Westlake, OH 44145 <br>    ACCOUNT NO. 6835 | | 000009 | 40.00 | 3.07 |
| ---------- Remittance Total --------------- | | | 40.00 | 3.07 |

_____
MARVIN A. SICHERMAN, Trustee

2011 MAY 11 AM 11:23
NORTHERN DISTRICT OF OHIO
CLEVELAND